UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARCELIO JOSEPH REYBOL,

        Plaintiff,

   v.

FRANK HAGEL FEDERAL BUILDING, et al.,

        Defendants.

Case No. 23-cv-04868-HSG

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 4

In light of Dkt. Nos. 7 and 8, which the Court finds non-responsive to its December 14, 2023 Order, the Case Management Conference previously set for January 2, 2024 is **VACATED**.

**IT IS SO ORDERED.**

Dated: 1/2/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge