UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCELIO JOSEPH REYBOL,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK HAGEL FEDERAL BUILDING, et al.,<br><br>    Defendants. | Case No. 23-cv-04868-HSG<br><br>**ORDER DISMISSING CASE** |

The Court previously denied Plaintiff's motion for leave to proceed *in forma pauperis* (IFP) because his filing was deficient in several ways. *See* Dkt. No. 5. Plaintiff failed to file a compliant revised IFP application or pay the filing fee as ordered by the Court. *See* Dkt. No. 6. The Court then gave Plaintiff one more opportunity to comply by submitting a compliant revised application or paying the full filing fee no later than January 2, 2024. *See id.* Plaintiff was advised that his case would be dismissed if he did not comply. *See id.* Since the Court's last order and to date, Plaintiff has submitted three filings, none of which contain a revised IFP application or provide information that addresses the previously identified deficiencies. *See* Dkt Nos. 7, 8, 11. And the docket does not indicate that Plaintiff ever paid the full filing fee.

Accordingly, the Court **DISMISSES** this case without prejudice for failure to submit a compliant *in forma pauperis* application or pay the filing fee. The Clerk is directed to enter judgment in favor of Defendants and to close the file.

**IT IS SO ORDERED.**

Dated: June 17, 2025

HAYWOOD S. GILLIAM, JR.
United States District Judge